**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2218**

---

ERIC D. SMITH,

                                              Plaintiff - Appellant,

      versus

WOODBOURNE CENTER, INCORPORATED,

                                             Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-99-598-AMD)

---

Submitted: December 16, 1999      Decided: December 21, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Eric D. Smith, Appellant Pro Se. Stephen Michael Silvestri, Raymond Charles Baldwin, MILES & STOCKBRIDGE, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric D. Smith appeals the district court's order granting summary judgment to the Defendant and dismissing his employment discrimination claim as time-barred. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Smith v. Woodbourne Ctr., Inc., No. CA-99-598-AMD (D. Md. July 27, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is dated July 26, 1999, the district court's records show that it was entered on the docket sheet on July 27, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).